

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00433-CR

Raymond **MCKINNEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8329
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this cause is REMANDED to the trial court for a new trial.

SIGNED August 13, 2014.

Karen Angelini, Justice